## (March 21, 1940.)

In the Matter of the Liquidation of NEW YORK TITLE AND MORTGAGE COMPANY. Reference No. 1 (Report No. 3). Claim of ELIZABETH H. MARTIN on a One-Half Interest in a $24,900 Guaranteed Mortgage; and of MICHAEL SCHWER on a $5,000 Guaranteed First Mortgage Certificate of Series N-20. WILLIAM P. CLARK, a Stockholder of New York Title and Mortgage Company, and Others, Appellants; LOUIS H. PINK, Superintendent of Insurance, as Liquidator of New York Title and Mortgage Company, and Others, Respondents; LENA GOODMAN, Certificate Holder of Series N-20, on Behalf of Herself and All Other Certificate Holders Similarly Situated, Respondent, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., taking no part.

ARTHUR COBB, JR., Respondent, v. CHARLES C. SANDERS, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GUSSIE GUTOV, as Administratrix, etc., of JULIUS GUTOV, Deceased, Appellant, v. ABRAHAM KRASNE, Respondent, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to reverse and grant a new trial on the ground that the issue of control was, under all the facts and circumstances disclosed in the evidence, an issue of fact for the jury.

WALTER CAVANAGH and Others, Appellants, v. THE METROPOLITAN JOCKEY CLUB and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Cohn, J., dissent and vote to reverse and deny the motion on the ground that the complaint states a good cause of action and that there are issues of fact which should be determined upon a trial.

FRANCIS K. GUNDLACH, in His Own Behalf and on Behalf of All of the Stockholders of the CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., etc., Respondent, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., and Others, Appellants, Impleaded with Others, Defendants.— Orders, in so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the respective defendants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, as Executor of the Last Will and Testament and Codicil Thereto of EDWARD W. BROWNING, Deceased, for an Order to Discover Money and Property Withheld, Pursuant to Section 205 of the Surrogate's Court Act. BERNICE HACKMAN and HARRY HACKMAN, Appellants; TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order unanimously modified by denying the motion to strike out the second affirmative defense contained in the answer of the appellant Bernice Hackman, and the petition, in so far as it seeks discovery of the property of Edbro Realty Co., Inc., dismissed. Order, in so far as it provides for examination of appellants, unanimously modified so as to exclude therefrom those matters affecting the rights of Edbro Realty Co., Inc., against appellants, and further modified so as to exclude